UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RENATO RIBEIRO DOS SANTOS,     )
                                     )

         Petitioner,        )
      v.                    )         CIVIL ACTION
                                     )         NO. 26-13402-PBS
DAVID WESLING, Director of the   )
Boston Field Office of the       )
United States Immigration and   )
Customs Enforcement, et al     )
         Respondents.     )

## ORDER OF DISMISSAL

SARIS, D.J.

In accordance with the Court's Order dated August 5, 2026 (Dkt. 11), allowing

Petitioner's motion to dismiss, (Dkt 10), it is hereby ORDERED that the above-entitled action be

and hereby is dismissed.

By the Court,

/ s / Clarilde-Karasek
Deputy Clerk

DATED: August 5, 2026